UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6106-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PATRICK HOELSCHER,

    Defendant.
_____/

**NIGHT BOX FILED**

MAR 2 0 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## STATUS REPORT AND MOTION FOR ADDITIONAL TIME TO FILE A SCHEDULING REPORT

Plaintiff, the United States of America, by and through Thomas E. Scott, United States Attorney, Mary F. Dooley, Assistant United States Attorney hereby files this Status Report and states as follows:

1) On or about January 21, 2000 plaintiff filed the complaint in this action.

2) On January 25, 2000, this Court issued an Order Requiring Counsel to Meet within 60 days of filing the complaint and file a Joint Scheduling Report within 10 days thereafter.

3) On January 26, 2000, plaintiff mailed a Notice of Lawsuit and Request for Waiver of Service of Summons.

4) On February 8, 2000, defendant executed the waiver.



5) Defendant contacted plaintiff and agreed to entry of a consent judgment after a Treasury Offset was credited to his account and the appropriate adjustment in the balance due is made.

6) The appropriate credit has been made to the account and the necessary forms are being mailed to the defendant.

7) Plaintiff expects to file the consent judgment within the next 15 days.

WHEREFORE, plaintiff requests the court grant an extension (21) days from the date of this motion to file a scheduling report or otherwise resolve this matter.

                                Respectfully submitted,

                                THOMAS E. SCOTT
                                UNITED STATES ATTORNEY

BY:  MARY F. DOOLEY
     ASSISTANT U.S. ATTORNEY
     99 N.E. 4TH STREET, Suite 300
     Miami, FL  33132
     Tel No. (305) 961-9311
     Fax No. (305) 530-7195
     Bar No. 112933

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 20 day of March, 2000, to:

Patrick Hoelscher
780 Tanglewood Circle
Weston, FL 33327

Mary F. Dooley
Assistant U.S. Attorney