UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6106-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PATRICK HOELSCHER

    Defendant.
_____/

FILED by _____ D.C.
APR 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### ORDER GRANTING THE UNITED STATE'S REQUEST
### FOR ADDITIONAL TIME TO FILE SCHEDULING REPORT

Plaintiff United States of America's having filed a status report and a motion for additional time within which to file a scheduling report and this Court having considered the motion and pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED that plaintiff have until _____April 21_____, 2000 to file a scheduling report or otherwise resolve this matter.

DONE and ORDERED in Chambers, at Fort Lauderdale, Florida, this __11__ day of _April_, 2000.

                                                  WILLIAM P. DIMITROULEAS
                                                UNITED STATES DISTRICT JUDGE

cc:    Mary F. Dooley, AUSA
        Patrick Hoelscher

